UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACY SIMEON HALL,

    Plaintiff,                                        Civil Action No. 15-cv-12591

vs.                                              HON. BERNARD A. FRIEDMAN

HANWHA L&C MONROE PLANT,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on a "Motion to Quash Service of Process on Chang Bum Kim and Dismiss Complaint with Respect to Unserved Defendants" [docket entry 9]. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") [docket entry 11] in which he recommends that the motion be granted and the complaint be dismissed without prejudice as to Kim and the remaining unserved defendants pursuant to Fed. R. Civ. P. 4(m). Neither party has objected to the R&R and the objection period has expired. The Court has had an opportunity to review this matter and believes the Magistrate Judge has reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that the "Motion to Quash Service of Process on Chang Bum Kim and Dismiss Complaint with Respect to Unserved Defendants" [docket entry 9] is granted. The complaint is dismissed without prejudice as to Chang Bum Kim, Dennis Kirkland, Sang Mook Lee, Unknown Others(s), and "Unknown Secretary Personal [sic]."

        _s/ Bernard A. Friedman___
        BERNARD A. FRIEDMAN
        SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 26, 2016
      Detroit, Michigan